IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY CESAR RENDON,<br><br>Defendant. | Case No. 3:21-cr-00045-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

   A plea agreement was filed in this case at Docket 84. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Rendon entered a guilty plea to Count I of the Indictment, which is a violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), Distribution of a Controlled Substance.

   Judge Scoble issued a Final Report and Recommendation at Docket 91, in which he recommended that the District Court accept Defendant's plea of guilty to Count I of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count I of the Indictment, Distribution of a Controlled Substance, and Defendant is adjudged GUILTY of Count I.

The Imposition of Sentence hearing in this matter is confirmed for December 28, 2022, at 10:00 a.m. in Anchorage Courtroom 3.

DATED this 3rd day of October, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*United States v. Rendon*  Case No. 3:21-cr-00045-JMK
Order re Final Report and Recommendation  Page 2
Case 3:21-cr-00045-JMK-MMS   Document 97   Filed 10/03/22   Page 2 of 2